**JENNINGS & FULTON, LTD.**
Adam R. Fulton, Nevada Bar No. 11572
2580 Sorrel St.
Las Vegas, Nevada 89146
afulton@jfnvlaw.com
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FILIBERTO GUZMAN ESCOBAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL JOHNSON DRYWALL LLC, a Delaware corporation; PAUL JOHNSON DRYWALL, INC., an Arizona corporation,<br><br>Defendants. | Case No. 2:26-cv-00028-JAD-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The parties hereby stipulate for Defendants Paul Johnson Drywall LLC and Paul Johnson Drywall, Inc. (collectively, "Defendants") to have up to and including February 18, 2026, to file a response to the Complaint.   This is the first request for an extension to respond to the Complaint.

There is good cause for this request: Defendants have recently secured counsel in Nevada for this action and will be submitting pro hac vice materials for its counsel from outside of Nevada shortly.   Additionally, the parties are in the process of exchanging information and documents that could potentially streamline portions of this action.   The requested extension is not being made for purposes of unnecessarily delay.

/ / /

/ / /

10258215.1

RESPECTFULLY SUBMITTED this 4th day of February, 2026.

**JENNINGS & FULTON, LTD.**

By: /s/ Adam R. Fulton
    Adam R. Fulton, Nevada Bar No. 11572
    2580 Sorrel St.
    Las Vegas, Nevada 89146
    afulton@jfnvlaw.com
    Telephone: (702) 979-3565
    Facsimile: (702) 362-2060
    *Attorney for Defendants*

**GREENBERG GROSS LLP**

By: /s/ Marian L. Massey (with permission)
    Jemma E. Dunn, Nevada Bar No. 16229
    Matthew T. Hale, Nevada Bar No. 16880
    Marian L. Massey, Nevada Bar No. 14579
    1980 Festival Plaza Drive, Suite 730
    Las Vegas, Nevada 89135
    JDunn@GGTrialLaw.com
    MHale@GGTrialLaw.com
    MMassey@GGTrialLaw.com
    Telephone: (702) 777-0888
    Facsimile: (702) 777-0801
    *Attorneys for Plaintiff*

## ORDER

Upon stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendants Paul Johnson Drywall LLC and Paul Johnson Drywall, Inc. shall have until February 18, 2026, to file a response to the Complaint.

**IT IS SO ORDERED**.

Dated: ___February 5, 2026_____.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

10258215.1            2