**JENNINGS & FULTON, LTD.**
Adam R. Fulton, Nevada Bar No. 11572
2580 Sorrel St.
Las Vegas, Nevada 89146
afulton@jfnvlaw.com
Telephone: (702) 979-3565
Facsimile: (702) 362-2060

**PACE SELDEN GILMAN MARKS PLLC**
Daniel L. Marks, *pro hac vice* (AZ Bar No. 034141)
7901 North 16th Street, Suite 200
Phoenix, Arizona 85020
Telephone: (602) 851-8796
dmarks@psgmlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FILIBERTO GUZMAN ESCOBAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL JOHNSON DRYWALL LLC, a Delaware corporation; PAUL JOHNSON DRYWALL, INC., an Arizona corporation,<br><br>Defendants. | Case No. 2:26-cv-00028-JAD-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

The parties hereby stipulate for Defendants Paul Johnson Drywall LLC and Paul Johnson Drywall, Inc. (collectively, "Defendants") to have up to and including March 4, 2026, to respond to the Complaint. This is the second request for an extension.

There is good cause for this request. Plaintiff is considering Defendants' request to dismiss Paul Johnson Drywall, Inc., and the possible informal exchange of documents and information. These developments could potentially streamline

10260273.1

portions of the action, especially by addressing these matters at an early stage.  The requested extension is not being made for purposes of unnecessary delay.

RESPECTFULLY SUBMITTED this 13th day of February, 2026.

**GREENBERG GROSS LLP**

By: /s/ Jemma Dunn (w/ permission)
Jemma E. Dunn, Nevada Bar No. 16229
Matthew T. Hale, Nevada Bar No. 16880
Marian L. Massey, Nevada Bar No. 14579
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
MMassey@GGTrialLaw.com
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*Attorneys for Plaintiff*

**JENNINGS & FULTON, LTD**

By: /s/  Daniel L. Marks
Adam R. Fulton, Nevada Bar No. 11572
2580 Sorrel St.
Las Vegas, Nevada 89146
afulton@jfnvlaw.com
Telephone: (702) 979-3565
Facsimile: (702) 362-2060

Daniel L. Marks, *pro hac vice*
**Pace Selden Gilman Marks PLLC**
7901 North 16th Street, Suite 200
Phoenix, Arizona 85020
Telephone: (602) 851-8796
dmarks@psgmlaw.com
*Attorneys for Defendants*

## ORDER

Upon stipulation of the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants Paul Johnson Drywall LLC and Paul Johnson Drywall, Inc. shall have until March 4, 2026, to file a response to the Complaint.

**IT IS SO ORDERED**.

Dated: __February 19, 2026_____.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

10260273.1                              2