**JENNINGS & FULTON, LTD.**
Adam R. Fulton, Nevada Bar No. 11572
2580 Sorrel St.
Las Vegas, Nevada 89146
afulton@jfnvlaw.com
Telephone: (702) 979-3565
Facsimile: (702) 362-2060

**PACE SELDEN GILMAN MARKS PLLC**
Daniel L. Marks, *pro hac vice* (AZ Bar No. 034141)
7901 North 16th Street, Suite 200
Phoenix, Arizona 85020
Telephone: (602) 851-8796
dmarks@psgmlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FILIBERTO GUZMAN ESCOBAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL JOHNSON DRYWALL LLC, a Delaware corporation; PAUL JOHNSON DRYWALL, INC., an Arizona corporation,<br><br>Defendants. | Case No. 2:26-cv-00028-JAD-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**(Third Request)** |

The parties hereby stipulate for Defendants Paul Johnson Drywall LLC and Paul Johnson Drywall, Inc. (collectively, "Defendants") to have up to and including March 16, 2026, to respond to the Complaint. This is the third request for an extension.

There is good cause for this request. Plaintiff is considering Defendants' request to dismiss Paul Johnson Drywall, Inc. and the parties are in discussions to that effect. These developments could potentially streamline portions of the action,

10262503.1

especially by addressing these matters at an early stage. Further, Defendants' counsel was recently sick and was out of the office for an extended period of time. The requested extension is not being made for purposes of unnecessary delay.

RESPECTFULLY SUBMITTED this 3rd day of March, 2026.

**GREENBERG GROSS LLP**

By: /s/ Marian Massey (w/ permission)
Jemma E. Dunn, Nevada Bar No. 16229
Matthew T. Hale, Nevada Bar No. 16880
Marian L. Massey, Nevada Bar No. 14579
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
MMassey@GGTrialLaw.com
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*Attorneys for Plaintiff*

**JENNINGS & FULTON, LTD**

By: /s/ Daniel L. Marks
Adam R. Fulton, Nevada Bar No. 11572
2580 Sorrel St.
Las Vegas, Nevada 89146
afulton@jfnvlaw.com
Telephone: (702) 979-3565
Facsimile: (702) 362-2060

Daniel L. Marks, *pro hac vice*
**Pace Selden Gilman Marks PLLC**
7901 North 16th Street, Suite 200
Phoenix, Arizona 85020
Telephone: (602) 851-8796
dmarks@psgmlaw.com
*Attorneys for Defendants*

## ORDER

Upon stipulation of the Parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendants Paul Johnson Drywall LLC and Paul Johnson Drywall, Inc. shall have until March 16, 2026, to file a response to the Complaint.

**IT IS SO ORDERED**.

Dated:  March 4, 2026          .

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

2

10262503.1