# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Filiberto Guzman Escobar, | Case No. 2:26-cv-00028-JAD-MDC |
| Plaintiff(s), | **Order** |
| v. | |
| Paul Johnson Drywall LLC, et al., | |
| Defendant(s). | |

The Court set an early neutral evaluation ("ENE") for April 30, 2026, along with corresponding pre-ENE deadlines. *See* Docket Nos. 10, 13. The parties filed a status report indicating that they will not serve initial disclosures until April 27, 2026. Docket No. 23 at 2. The exchange and review of initial disclosures is an important component of the ENE process and must be reflected in the evaluation statement submitted a week before the ENE. *See* Local Rule 16-6(f)(1)(H). Given the timing of the initial disclosure exchange in this case, the Court **CONTINUES** the ENE to 10:00 a.m. on May 29, 2026. The parties must discuss settlement informed by their initial disclosures and must exchange settlement positions by May 11, 2026. The parties must also file, no later than May 12, 2026, a joint statement with the parties' position as to whether holding the early neutral evaluation would be futile. Settlement statements must be submitted to the undersigned's box in the Clerk's Office by 3:00 p.m. on May 22, 2026. All other requirements for the ENE outlined in Docket No. 13 continue to govern.

IT IS SO ORDERED.

Dated: April 20, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1