**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Filiberto Guzman Escobar, | Case No. 2:26-cv-00028-JAD-MDC |
|     Plaintiff(s), | **Order** |
| v. | [Docket No. 27] |
| Paul Johnson Drywall LLC, et al., | |
|     Defendant(s). | |

Pending before the Court is a stipulation to continue the early neutral evaluation ("ENE"). Docket No. 27. The stipulation falls short in a number of ways. First, sufficient detail as to the identified scheduling conflict has not been provided, including what it is and when it became known.[1] Second and relatedly, sufficient explanation has not been provided as to why the scheduling conflict precludes all three counsel of record for Plaintiff from appearing for the ENE. Third, the dates proposed for the ENE all exceed the 90-day ENE window measured from Defendant's answer. *See* Local Rule 16-6(d). Meaningful explanation is not advanced as to why the "early" neutral evaluation should be held after that window. Accordingly, the stipulation to continue is DENIED without prejudice.

IT IS SO ORDERED.

Dated: May 14, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Requests to continue the ENE must be filed within 14 days of the order setting the ENE. *See* Docket No. 13 at 1 n.1; *see also* Docket No. 24 (explaining that all requirements in Docket No. 13 continue to govern). It is not clear why the instant request was filed more than 14 days after issuance of the order setting the current ENE date.

1