# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Filiberto Guzman Escobar,

    Plaintiff(s),

v.

Paul Johnson Drywall LLC, et al.,

    Defendant(s).

Case No. 2:26-cv-00028-JAD-MDC

**Order**

An early neutral evaluation ("ENE") is scheduled for May 29, 2026. Docket No. 24. Although the parties represented that holding an ENE may be fruitful, Docket No. 25, their evaluation statements show that Plaintiff's settlement position is more than 300 times greater than Defendants' settlement position. The Court hereby **SETS** a telephonic conference for 3:00 p.m. on May 28, 2026. Counsel must appear for this hearing, but the parties are not required to do so. Counsel must coordinate the telephonic appearance(s) with the undersigned's courtroom administrator.

    IT IS SO ORDERED.

    Dated: May 27, 2026

                          Nancy J. Koppe
                          United States Magistrate Judge

1